HAROLD D. PERCIVAL, Appellant, *v.* JOHN HIRZLER et al., Respondents.

Argued January 9, 1939; decided February 21, 1939.

*George W. Pratt* and *Floyd W. Annabel* for appellant.
*W. Earle Costello* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.